UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JAMES MURPHY,

                           Plaintiff,                      **26 Civ. 352 (VSB) (GS)**

        -against-                             **ORDER**

THE HAIR DOC BASS BRUSHES, INC.,

                           Defendant.
-------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

Plaintiff initiated this action against Defendant on January 14, 2026. (Dkt. No. 1). An electronic summons was issued as to Defendant on January 15, 2026. (Dkt. No. 5). Affirmations of Service, docketed on April 7, 2026, reflect that Defendant was served on both March 9, 2026 and March 17, 2026. (Dkt. Nos. 9, 10). Accordingly, Defendant's deadline to move, answer, or otherwise respond to Plaintiff's complaint was April 7, 2026 at the latest. (*Id.*). So far as the docket reflects, although counsel for Defendant has appeared, Defendant has yet to file an answer or otherwise respond to the Complaint, nor did Defendant request an extension of time to do so. Nor has Plaintiff taken any action in light of Defendant's apparent default.

Accordingly, the parties are directed to file a joint status letter by no later than April 28, 2026 informing the Court as to (1) whether this matter has been resolved; and (2) if not, whether Defendant is seeking an extension of time to respond to the Complaint and, if so, to what date, whether Plaintiff consents to the

requested extension, and what grounds exist constituting excusable neglect warranting an extension.

**SO ORDERED**.

DATED:   New York, New York
April 21, 2026

_____
GARY STEIN
United States Magistrate Judge